## Freenet Target Files Summary

[Return to Detail Page]

| IP Address: | 172.12.235.62 |
|---|---|
| Geo Location: | Saint Louis |

### File of Interest #1

| File Name: | April - Anonther Set 2 (set 2).zip | | |
|---|---|---|---|
| SHA1 Hash: | BODS262HHKS3VS4FLQSOAAVAWTOE5FAW | | |
| Probable Manifest Key: | | | |
| Data Blocks | 783 | | |
| | Overall Totals: | Filtered: 71 Rows | LE # 693 |
| First Block Observed: | 2015/04/02 23:08:56 | 2015/04/02 23:08:56 | 2015/04/02 23:08:56 |
| Last Block Observed: | 2015/04/02 23:10:54 | 2015/04/02 23:10:54 | 2015/04/02 23:09:45 |
| Overall Runtime: | 0:01:58 | 0:01:58 | 0:00:49 |
| Average Peers | 56.9 | 56.9 | 56.9 |
| Total Unique Requests Logged | 69 | 69 | 69 |
| % of Total: | 8.81% | 8.81% | 8.81% |
| % of Even Share: | 501% | 501% | 501% |
| Frequency Group — 2 Records per second: | 10 | 10 | 10 |
| 3 Records per second: | 2 | 2 | 2 |
| 4 Records per second: | 1 | 1 | 1 |
| 5 Records per second: | 1 | 1 | 1 |
| 6 or more records/sec: | 4 | 4 | 4 |

11/3/2016 14:25

## Freenet Target Files Summary

[Return to Detail Page]

| IP Address: | 172.12.235.62 |
|---|---|
| Geo Location: | Saint Louis |

### File of Interest #2

| File Name: | melinda-fuck.avi |
|---|---|
| SHA1 Hash: | DP4CM2J7OXNWVZYPLGPAQCTVRMCAVGF7 |
| Probable Manifest Key: | |
| Data Blocks | 464 |



GOVERNMENT EXHIBIT 2

| | | Overall Totals: | Filtered: 68 Rows | LE # 14 |
|---|---|---|---|---|
| First Block Observed: | | 2015/06/04 04:45:36 | 2015/06/04 04:45:36 | 2015/06/04 04:45:36 |
| Last Block Observed: | | 2015/06/04 04:46:44 | 2015/06/04 04:46:44 | 2015/06/04 04:46:43 |
| Overall Runtime: | | 0:01:08 | 0:01:08 | 0:01:07 |
| Average Peers | | 51.1 | 51.1 | 51.1 |
| Total Unique Requests Logged | | 67 | 67 | 67 |
| % of Total: | | 14.44% | 14.44% | 14.44% |
| % of Even Share: | | 738% | 738% | 738% |
| Frequency Group | 2 Records per second: | 4 | 4 | 4 |
| | 3 Records per second: | 8 | 8 | 8 |
| | 4 Records per second: | 5 | 5 | 5 |
| | 5 Records per second: | 1 | 1 | 1 |
| | 6 or more records/sec: | | | |

11/3/2016 14:25

## Freenet Target Files Summary

Return to Detail Page

| IP Address: | 172.12.235.62 |
|---|---|
| Geo Location: | Saint Louis |

### File of Interest #3

| File Name: | k@ty 2.mpg |
|---|---|
| SHA1 Hash: | 5JJD6XOPC3W6VFPEOIAZ7W7TK4ILMR2Z |
| Probable Manifest Key: | |
| Data Blocks | 623 |

| | | Overall Totals: | Filtered: 31 Rows | LE # 817 |
|---|---|---|---|---|
| First Block Observed: | | 2015/06/13 08:18:15 | 2015/06/13 08:18:15 | 2015/06/13 08:18:15 |
| Last Block Observed: | | 2015/06/13 08:19:09 | 2015/06/13 08:19:09 | 2015/06/13 08:19:09 |
| Overall Runtime: | | 0:00:54 | 0:00:54 | 0:00:54 |
| Average Peers | | 62.7 | 62.7 | 62.7 |
| Total Unique Requests Logged | | 31 | 31 | 31 |
| % of Total: | | 4.98% | 4.98% | 4.98% |
| % of Even Share: | | 312% | 312% | 312% |
| | 2 Records per second: | 6 | 6 | 6 |

| Frequency Group | | | | |
|---|---|---|---|---|
| 3 Records per second: | 1 | | 1 | |
| 4 Records per second: | 1 | | 1 | 1 |
| 5 Records per second: | | | | 1 |
| 6 or more records/sec: | | | | |

11/3/2016 14:25

30
6
3
3
12

12
24
15

Save FOI-1 Summary to PDF
Save FOI-2 Summary to PDF
Save FOI-3 Summary to PDF