## Freenet Target Files Summary

Return to Detail Page

| IP Address: | **172.12.235.62** |
|---|---|
| Geo Location: | **Saint Louis** |

### File of Interest #1

| File Name: | April - Anonther Set 2 (set 2).zip | | | | | |
|---|---|---|---|---|---|---|
| SHA1 Hash: | BODS262HHKS3VS4FLQSOAAVAWTOE5FAW | | | | | |
| Probable Manifest Key: | | | | | | |
| Data Blocks | 783 | | | | | |
| | Overall Totals: | Filtered: 71 Rows | LE # 693 | | | |
| First Block Observed: | 2015/04/02 23:08:56 | 2015/04/02 23:08:56 | 2015/04/02 23:08:56 | | | |
| Last Block Observed: | 2015/04/02 23:10:54 | 2015/04/02 23:10:54 | 2015/04/02 23:09:45 | | | |
| Overall Runtime: | 0:01:58 | 0:01:58 | 0:00:49 | | | |
| Average Peers | 56.9 | 56.9 | 56.9 | | | |
| Total Unique Requests Logged | 69 | 69 | 69 | | | |
| % of Total: | **8.81%** | **8.81%** | **8.81%** | | | |
| % of Even Share: | **501%** | **501%** | **501%** | | | |
| Frequency Group — 2 Records per second: | 10 | 10 | 10 | | | |
| 3 Records per second: | 2 | 2 | 2 | | | |
| 4 Records per second: | 1 | 1 | 1 | | | |
| 5 Records per second: | 1 | 1 | 1 | | | |
| 6 or more records/sec: | 4 | 4 | 4 | | | |

11/3/2016 14:25

## Freenet Target Files Summary

Return to Detail Page

| IP Address: | **172.12.235.62** |
|---|---|
| Geo Location: | **Saint Louis** |

### File of Interest #2

| File Name: | melinda-fuck.avi |
|---|---|
| SHA1 Hash: | DP4CM2J7OXNWVZYPLGPAQCTVRMCAVGF7 |
| Probable Manifest Key: | |
| Data Blocks | 464 |



GOVERNMENT
EXHIBIT

2

CARDNES 800-783-0389

| | Overall Totals: | Filtered: 68 Rows | LE # 14 | | | |
|---|---|---|---|---|---|---|
| First Block Observed: | 2015/06/04 04:45:36 | 2015/06/04 04:45:36 | 2015/06/04 04:45:36 | | | |
| Last Block Observed: | 2015/06/04 04:46:44 | 2015/06/04 04:46:44 | 2015/06/04 04:46:43 | | | |
| Overall Runtime: | 0:01:08 | 0:01:08 | 0:01:07 | | | |
| Average Peers | 51.1 | 51.1 | 51.1 | | | |
| Total Unique Requests Logged | 67 | 67 | 67 | | | |
| % of Total: | **14.44%** | **14.44%** | **14.44%** | | | |
| % of Even Share: | **738%** | **738%** | **738%** | | | |
| Frequency Group 2 Records per second: | 4 | 4 | 4 | | | |
| 3 Records per second: | 8 | 8 | 8 | | | |
| 4 Records per second: | 5 | 5 | 5 | | | |
| 5 Records per second: | 1 | 1 | 1 | | | |
| 6 or more records/sec: | | | | | | |

11/3/2016 14:25

# Freenet Target Files Summary

Return to Detail Page

| IP Address: | 172.12.235.62 |
|---|---|
| Geo Location: | Saint Louis |

| **File of Interest #3** | | |
|---|---|---|
| File Name: | k@ty 2.mpg | |
| SHA1 Hash: | 5JJD6XOPC3W6VFPEOIAZ7W7TK4ILMR2Z | |
| Probable Manifest Key: | | |
| Data Blocks | 623 | |

| | Overall Totals: | Filtered: 31 Rows | LE # 817 | | | |
|---|---|---|---|---|---|---|
| First Block Observed: | 2015/06/13 08:18:15 | 2015/06/13 08:18:15 | 2015/06/13 08:18:15 | | | |
| Last Block Observed: | 2015/06/13 08:19:09 | 2015/06/13 08:19:09 | 2015/06/13 08:19:09 | | | |
| Overall Runtime: | 0:00:54 | 0:00:54 | 0:00:54 | | | |
| Average Peers | 62.7 | 62.7 | 62.7 | | | |
| Total Unique Requests Logged | 31 | 31 | 31 | | | |
| % of Total: | **4.98%** | **4.98%** | **4.98%** | | | |
| % of Even Share: | **312%** | **312%** | **312%** | | | |
| 2 Records per second: | 6 | 6 | 6 | | | |

| Frequency Group | | | |
|---|---|---|---|
| 3 Records per second: | 1 | 1 | 1 |
| 4 Records per second: | 1 | 1 | 1 |
| 5 Records per second: | | | |
| 6 or more records/sec: | | | |

11/3/2016 14:25

30
6
3
3
12

12
24
15

Save FOI-1 Summary to PDF

Save FOI-2 Summary to PDF

Save FOI-3 Summary to PDF