UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 4:16-cr-258 CEJ (NAB) |
| | ) |
| ALDEN DICKERMAN, | ) |
| | ) |
| Defendant. | ) |

## SECOND UNOPPOSED MOTION TO VACATE AND REST THE EVIDENTIARY HEARING DATE

COMES NOW Defendant, Alden Dickerman, by and through counsel and hereby moves this Court to vacate and reset the evidentiary hearing date from March 8, 2017 at 9:30 a.m. to any date on or after March 22, 2017.  In support of this motion, Defendant states as follows:

1.The Government intends to call three expert witnesses to testify at the evidentiary hearing on Defendant's motions to suppress evidence.

2. Two of these witnesses are law enforcement personnel with pre-existing obligations throughout this month and March.

3.The government's third witness is associated with the University of Massachusetts at Amherst and will have to travel from Massachusetts to St. St. Louis to provide his testimony.

4. Likewise, Defendant's expert witness resides in Michigan and will have to travel to St. Louis to participate in the hearing.

5. These several experts  have conflicting schedules, but are all available from March 22, 2017 on.

1

6.       Accordingly, Defendant files the instant motion to accommodate the schedules of these several witnesses and to increase the likelihood that this Court can take all evidence on a single day.

7.       Defendant, through counsel, has discussed this matter with assistant United States attorney Colleen Lang.  Ms Lang joins in Defendant's request.

WHEREFORE, Defendant respectfully requests this Honorable Court vacate the current evidentiary hearing date and rest it to March 22, 2017 or any date thereafter.

Respectfully submitted,

By:      /S/ Adam D. Fein
ADAM D. FEIN, #52255 MO
Attorney for Defendant
120 S. Central Avenue, Suite 130
Clayton, Missouri 63105
(314) 862-4332/Facsimile (314)862-8050
Email: afein@rflawpc.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 16, 2017, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Ms. Colleen C. Lang, assistant United States attorney.