## EXHIBIT LIST

*Date:* _____   *Case Number:* 16Cr 258

*Style:* _____   Page No. _____

| NUMBER | ID DATE | BY (WITNESS #) | DESCRIPTION | OBJECTED TO | RECEIVED DATE |
|--------|---------|----------------|-------------|-------------|---------------|
| 1-20 | 4/19 | 1 | Gouts exhibits | ✓ | ✓ |
| 14-19 | " | \ | " | ✓ | ✓ |
| 20 | . | | | ✓ | ✓ |
| 21 | | | excell spread sheet | ✓ | ✓ |
| 22 | | | address search warrant | ✓ | ✓ |
| 23 | | 2 | | ✓ | ✓ |
| A | | 4 | Mo Stake by Defense | | |
| | | | | | |
| | | | Exhibits retained by | | |
| | | | Counsel | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |