UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
| ) | |
| Plaintiff,      ) | |
| ) | |
| v.      ) | No.  4:16 CR 258 CEJ (NAB) |
| ) | |
| ALDEN DICKERMAN,      ) | **PROPOSED ORDER** |
| ) | |
| Defendant.      ) | |

Before the Court is the Government's motion for a protective order requiring the defendant and members of his defense team, including Stephen Dougherty, to protect and to not publish non-public discovery documents during this pending litigation, as some of the discovery includes law enforcement sensitive documents, as well as, personal identification information.

Upon consideration of the motion, and for the reasons stated therein and pursuant to Fed. R. Crim. P. 16(d)(1), it is hereby,

ORDERED that the defense shall not publish non-public discovery documents and evidence until the resolution of the pending litigation.

Dated this ___ of May, 2017.

Signed,

_____
NANNETTE BAKER
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF MISSOURI

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2017, the foregoing was filed electronically with the Clerk of the Court and that a copy was emailed to the following:

ADAM FEIN

                                           */s/  Colleen C. Lang*
                                           COLLEEN C. LANG, #56872MO
                                           Assistant United States Attorney