# 4:16CR00258 HEA
# Exhibits Filed 1-22

**EXHIBIT LIST**

1 – 19: SCREEN SHOTS OF THE FREENET PROJECT WEBSITE:

1. Screen 1:   Freenet Website
2. Screen 2:   download page
3. Screen 3:   language setup
4. Screen 4:   destination location
5. Screen 5:   Setup Folder
6. Screen 6:   Setup Folder
7. Screen 7:   Ready to Install
8. Screen 8:   complete setup
9. Screen 9:   open net/dark net
   9a: close up of Screen 9 warning
10. Screen 10:  security advisory
11. Screen 11:  datastore
12. Screen 12:  bandwidth limits
13. Screen 13:  Freenet Index Sites
14. Screen 14:  Downloading a page
15. Screen 15:  example of a Freenet Index
16. Screen 16:  example of a Freesite for pictures of children
17. Screen 17:  example of a key
18. Screen 18:  download page
19. Screen 19:  download progress

20:   Forensic Summary Page

21:   EXCEL SPREAD SHEET REGARDING INFORMATION ON FILES

22:   SEARCH WARRANT