UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No.:  4:16-cr-258 HEA (NAB) |
| ALDEN DICKERMAN., | ) ) ) |
| Defendant. | ) |

**SECOND MOTION TO CONTINUE TRIAL**

Defendant, Alden Dickerman ("Dickerman"), by and through counsel, moves this Court to continue the trial set for January 22, 2018 for 30 days.  In support of this motion, Defendant states as follows:

1. Defendant's trial is set for January 22, 2018.

2. Ultimately, Defendant will enter a plea of guilty pursuant to a conditional plea agreement that will allow him to appeal his unsuccessful pretrial motions.

3. To preserve the issues raised in those motions, Defendant must file objections to the magistrate court's Report & Recommendation.

4. Defendant has not yet filed those objections and will not do so by January 22, 2018.

5. Thus, Defendant files this motion to obtain the time needed to file his objections to the magistrate court's Report & Recommendation and to provide the Government with time to respond.

6.  Defendant has attached to this motion a waiver of his rights under Title 18 U.S.C. § 3161 et seq.

1

WHEREFORE, Defendant requests this Court continue the trial set for January 22, 2018 for 30 days.

                Respectfully submitted,

                ROSENBLUM, SCWARTZ, & FRY, P.C.,

By:   /S/ Adam D. Fein_____
       ADAM D. FEIN, #52255 MO
       Attorney for Defendant
       120 S. Central Avenue, Suite 130
       Clayton, Missouri 63105
       (314) 862-4332/Facsimile 862-8050

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2018, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Ms. Colleen Lang, Assistant United States Attorney.