UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No.: 4:16-cr-258 HEA (NAB) |
| ALDEN DICKERMAN., | ) |
| Defendant. | ) |

**WAIVER OF SPEEDY TRIAL**

COMES NOW Defendant, Alden Dickerman, and hereby executes this Waiver of Speedy Trial as set out in Title 18 U.S.C. ' 3161 et seq.

Defendant further states to the Court that he believes that the ends of justice would best be served by executing said waiver and such waiver would outweigh the best interest of the public and the Defendant to a speedy trial.

WHEREFORE, Defendant moves this Court to accept this waiver as set out above.

Respectfully submitted,

_____
ALEDEN DICKERMAN, Defendant

_____
ADAM D. FEIN, #52255 MO
Attorney for Defendant
120 S. Central Avenue, Suite 130
Clayton, Missouri 63105
(314) 862-4332/Facsimile (314)862-8050
Email: adfein@rsflawfirm.com.

**CERTIFICATE OF SERVICE**

I hereby certify that on January _18_, 2018, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court=s electronic filing system upon Ms. Colleen C. Lang, assistant United States attorney.