# EXHIBIT LIST

### Style: USA v. Dickerman
### Case No. 4:16-cr-00258-HEA

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | Sentencing Exhibit: PowerPoint Presentation<br><br>47 videos and 497 images | 09/20/2018 |
| 2 | | | | | | Powerpoint Presentation | |
| 3 | | | | | | Powerpoint Presentation | |
| 4 | | | | | | PowerPoint Presentation: Age Ranges | |
| 5 | | | | | | PowerPoint Presentation: August 2015 – 5 different dates that files were created and saved (child pornography) | |
| 6 | | | | | | Powerpoint Presentation | |
| 7 | | | | | | Powerpoint Presentation | |
| 8 | | | | | | Powerpoint Presentation | |
| 9 | | | | | | Powerpoint Presentation : First Facial | |
| | | | | | | | |
| | | | | | | | |

EXHIBITS RETURNED TO COUNSEL     ☐ EXHIBITS RETAINED BY COURT
**π** = plaintiff     **Δ** = defendant     **ID** = first date exhibit is used     **W#** = first witness to ID exhibit

1. **OBJ** = Objection  write " Obj" in red     **ADMITTED** = use ✔ and date     **Page** <u>    1    </u> of <u>     1     </u>