UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.:  4:16-cr-258 HEA |
| | ) |
| ALDEN DICKERMAN, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEAL

Notice is hereby given that Alden Dickerman, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the judgment and sentence entered in this action on the 20th day of September, 2018.

                                                Respectfully submitted,

                                                ROSENBLUM, SCHWARTZ, & FRY, P.C.,

By:    /S/ Adam D. Fein_____
           ADAM D. FEIN, #52255 MO
           Attorney for Defendant
           120 S. Central Avenue, Suite 130
           Clayton, Missouri 63105
           (314) 862-4332/Facsimile 862-8050

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2018, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Ms. Coleen C. Lang, Assistant United States Attorney.