# Inmate History Report

**Ste Genevieve County**

Report Generated 10/2/2018 10:09:29 AM

**70003 ALDEN WILSON DICKERMAN**

3/26/2018 12:00:00 AM - 10/1/2018 11:59:59 PM

| Transaction ID | Type | Date | User | Amount | Trust Amount | Trust Balance | Lien Amount | Lien Balance | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 4058423266 | InmateCanteen.com Credit Card Transaction | 9/21/2018 12:50:23 PM | inmatecanteen | 150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4058423566 | Deposit to Inmate Account from InmateCanteen.com | 9/21/2018 12:50:26 PM | inmatecanteen | 150.00 | 150.00 | 150.00 | 0.00 | 0.00 | 150.00 |
| 4059290966 | InmateCanteen.com Message Fee | 9/21/2018 5:37:26 PM | kiosk | -0.25 | -0.25 | 149.75 | 0.00 | 0.00 | 149.75 |
| 4060179366 | Canteen Order Adjustment - Item Added to Order<br>Qty 1 of item 195008 (Deodorant, Speed Stick A/P 1.8 oz) at $5.28 each - total $5.28<br>Sales Tax: $0.49 | 9/21/2018 11:13:47 PM | kiosk | -5.77 | -5.77 | 143.98 | 0.00 | 0.00 | 143.98 |
| 4060181866 | Canteen Order Adjustment - Item Added to Order<br>Qty 1 of item TKC520W3XL (Boxer Shorts 3XL (sz 50-52)) added at $5.74 each - total $5.74<br>Qty 4 of item 82467 (Acetaminophen (non-aspirin)) added at $0.34 each - total $1.36<br><br>$0.65 in additional sales tax charged. | 9/21/2018 11:15:50 PM | kiosk | -7.75 | -7.75 | 136.23 | 0.00 | 0.00 | 136.23 |
| 4060903066 | InmateCanteen.com Message Fee | 9/22/2018 12:53:27 PM | kiosk | -0.25 | -0.25 | 135.98 | 0.00 | 0.00 | 135.98 |
| 4062479566 | Canteen Order Adjustment - Item Removed from Order<br>Qty 4 of item 82467 (Acetaminophen (non-aspirin)) removed at $0.34 each - total $1.36.<br><br>$0.12 in sales tax refunded. | 9/22/2018 9:46:07 PM | kiosk | 1.48 | 1.48 | 137.46 | 0.00 | 0.00 | 137.46 |
| 4062479666 | Canteen Order Adjustment - Item Added to Order<br>Qty 6 of item 82467 (Acetaminophen (non-aspirin)) added at $0.34 each - total $2.04<br>Qty 2 of item 249593-SAM (Ramen Beef) added at $0.99 each - total $1.98<br>Qty 1 of item 901 (Bowl and Lid) added at $2.07 each - total $2.07<br><br>$0.50 in additional sales tax charged. | 9/22/2018 9:46:08 PM | kiosk | -6.59 | -6.59 | 130.87 | 0.00 | 0.00 | 130.87 |
| 4064482266 | Canteen Order Adjustment - Item Added to Order<br>Qty 1 of item SSB4 (Shampoo/Shave Gel/Body Wash 4oz) added at $2.95 each - total $2.95<br><br>$0.27 in additional sales tax charged. | 9/23/2018 7:04:05 PM | kiosk | -3.22 | -3.22 | 127.65 | 0.00 | 0.00 | 127.65 |
| 4069019966 | Canteen Order Adjustment - Item Added to Order<br>Qty 1 of item 249586-SAM (Ramen Chicken) at $0.99 each - total $0.99<br>Qty 2 of item 249628-SAM (Ramen Chili) at $0.99 each - total $1.98<br>Qty 1 of item 12591 (Cheetos Flamin Hots 16oz) at $5.92 each - total $5.92<br>Sales Tax: $0.19 | 9/25/2018 11:30:23 AM | kiosk | -9.08 | -9.08 | 118.57 | 0.00 | 0.00 | 118.57 |
| 4069527766 | Site Charge Withdrawal :: phone card :: 20.00 phone | 9/25/2018 2:33:02 PM | rbyington | -20.00 | -20.00 | 98.57 | 0.00 | 0.00 | 98.57 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 4072235866 | InmateCanteen.com Message Fee | 9/26/2018 2:59:29 PM | kiosk | -0.25 | -0.25 | 98.32 | 0.00 | 0.00 | 98.32 |
| 4072245366 | InmateCanteen.com Message Fee | 9/26/2018 3:02:47 PM | kiosk | -0.25 | -0.25 | 98.07 | 0.00 | 0.00 | 98.07 |
| 4074518266 | InmateCanteen.com Message Fee | 9/27/2018 12:47:07 PM | kiosk | -0.25 | -0.25 | 97.82 | 0.00 | 0.00 | 97.82 |
| 4075604666 | Canteen Order Adjustment - Item Added to Order<br>Qty 1 of item CI-22 (Cup, 22 oz plastic) added at $1.39 each - total $1.39<br>Qty 1 of item 6120 (Herr's Horseradish Cheddar Chips) added at $1.45 each - total $1.45<br>Qty 1 of item 30563 (TGIF Potato Cheddar Bacon (K✡)) added at $1.45 each - total $1.45<br>Qty 2 of item 71620-m (Obriens Beef and Cheddar) added at $1.45 each - total $2.90<br><br>$0.49 in additional sales tax charged. | 9/27/2018 7:15:34 PM | kiosk | -7.68 | -7.68 | 90.14 | 0.00 | 0.00 | 90.14 |
| 4077381966 | Canteen Order Adjustment - Item Removed from Order<br>Qty 1 of item TKC520W3XL (Boxer Shorts 3XL (sz 50-52)) removed at $5.74 each - total $5.74.<br><br>$0.53 in sales tax refunded. | 9/28/2018 1:50:49 PM | rbyington | 6.27 | 6.27 | 96.41 | 0.00 | 0.00 | 96.41 |
| 4077675966 | Canteen Order Adjustment - Item Removed from Order<br>Qty 1 of item 6120 (Herr's Horseradish Cheddar Chips) removed at $1.45 each - total $1.45.<br><br>$0.09 in sales tax refunded. | 9/28/2018 3:27:51 PM | kiosk | 1.54 | 1.54 | 97.95 | 0.00 | 0.00 | 91.79 |
| 4077676066 | Canteen Order Adjustment - Item Removed from Order<br>Qty 1 of item 30563 (TGIF Potato Cheddar Bacon (K✡)) removed at $1.45 each - total $1.45.<br><br>$0.09 in sales tax refunded. | 9/28/2018 3:27:51 PM | kiosk | 1.54 | 1.54 | 99.49 | 0.00 | 0.00 | 91.79 |
| 4077676166 | Canteen Order Adjustment - Item Added to Order<br>Qty 3 of item 6120 (Herr's Horseradish Cheddar Chips) added at $1.45 each - total $4.35<br>Qty 2 of item 30563 (TGIF Potato Cheddar Bacon (K✡)) added at $1.45 each - total $2.90<br><br>$0.45 in additional sales tax charged. | 9/28/2018 3:27:51 PM | kiosk | -7.70 | -7.70 | 91.79 | 0.00 | 0.00 | 91.79 |
| 4078740766 | Canteen Order Adjustment - Item Removed from Order<br>Qty 2 of item 71620-m (Obriens Beef and Cheddar) removed at $1.45 each - total $2.90.<br><br>$0.18 in sales tax refunded. | 9/28/2018 9:08:20 PM | kiosk | 3.08 | 3.08 | 94.87 | 0.00 | 0.00 | 90.55 |
| 4078740866 | Canteen Order Adjustment - Item Added to Order<br>Qty 1 of item 84061 (Hearty Beef Summer Sausage 5oz) added at $4.07 each - total $4.07<br><br>$0.25 in additional sales tax charged. | 9/28/2018 9:08:20 PM | kiosk | -4.32 | -4.32 | 90.55 | 0.00 | 0.00 | 90.55 |
| 4081247866 | Canteen Order Adjustment - Item Removed from Order<br>Qty 3 of item 6120 (Herr's Horseradish Cheddar Chips) removed at $1.45 each - total $4.35.<br><br>$0.27 in sales tax refunded. | 9/29/2018 10:28:21 PM | kiosk | 4.62 | 4.62 | 95.17 | 0.00 | 0.00 | 95.17 |
| 4081247966 | Canteen Order Adjustment - Item Added to Order<br>Qty 4 of item 6120 (Herr's | 9/29/2018 10:28:22 PM | kiosk | -21.25 | -21.25 | 73.92 | 0.00 | 0.00 | 73.92 |

Horseradish Cheddar Chips) added at $1.45 each - total $5.80
Qty 1 of item 249828 (Ramen Sriracha Chicken) added at $0.99 each - total $0.99
Qty 1 of item 861430-SAM (Ramen Picante Beef) added at $0.99 each - total $0.99
Qty 1 of item SB1 (Clear Hinged Soap Dish) added at $0.90 each - total $0.90
Qty 1 of item 325385 (Soap Bar Lever 2000) added at $2.95 each - total $2.95
Qty 1 of item 665656 (Tums (K✡)) added at $1.56 each - total $1.56
Qty 2 of item 31732 (Pop Tart Frosted Strawberry) added at $1.85 each - total $3.70
Qty 2 of item 91001 (Jalapeno Cheese Squeeze 1oz) added at $0.90 each - total $1.80
Qty 1 of item 1057 (Tito's Sliced Jalapeno) added at $1.16 each - total $1.16

$1.40 in additional sales tax charged.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 4084783966 | InmateCanteen.com Message Fee | 10/1/2018 11:35:21 AM | kiosk | -0.25 | -0.25 | 73.67 | 0.00 | 0.00 | 73.67 |