# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

October 10, 2018

Mr. Adam Douglas Fein
ROSENBLUM & FRY
Suite 130
120 S. Central Avenue
Saint Louis, MO  63105-0000

     RE:  18-3150  United States v. Alden Dickerman

Dear Counsel:

     Enclosed is an order directing your appointment under the provisions of the Criminal Justice Act. You will receive a CJA appointment through the eVoucher electronic system with a login and password. Your duties as counsel are defined by Eighth Circuit Rule 27B and Eighth Circuit's Plan to Expedite Criminal Appeals. Please review these materials which are on the "Rules and Publications" page of our web site.

     Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

     Instructions for preparing vouchers for payment may be found on the court's website at www.ca8.uscourts.gov/cja-information and from links in the eVoucher program. Submission of paper vouchers is not allowed. Vouchers should be submitted after the court issues its mandate at the close of the case.

     Appointments are personal and cannot be delegated without the court's approval. If you have any questions about your appointment or the CJA voucher process, please contact this office.

     The court has established a briefing schedule for the case, a copy of which was forwarded under separate notice of docket activity on October 5, 2018.

If you have any questions about the schedule or procedures for the case, please contact our office.

        Michael E. Gans
        Clerk of Court

AEV

Enclosure(s)

cc:    Mr. Alden Dickerman
       Ms. Reagan A. Fiorino
       Ms. Colleen Lang
       Mr. Gregory J. Linhares

    District Court/Agency Case Number(s):   4:16-cr-00258-HEA-1

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 18-3150

United States of America

Appellee

v.

Alden Dickerman

Appellant

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:16-cr-00258-HEA-1)
_____

**ORDER**

Attorney, Adam Douglas Fein is hereby appointed to represent appellant in this appeal under the Criminal Justice Act. Information regarding the CJA appointment and vouchering process in eVoucher will be emailed to counsel shortly.


October 10, 2018


Order Entered under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
        /s/ Michael E. Gans